DAVID W. SCOFIELD - 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
Suite 115 Parleys Corporate Center
2455 East Parleys Way
Salt Lake City, Utah  84109
Telephone:  (801) 322-2002
Facsimile:   (801) 322-2003
E-Mail: dws@psplawyers.com

Attorneys for Defendant First National Collection Bureau, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **JASON BOYD**,<br><br>                  Plaintiff,<br><br>        -vs-<br><br>**FIRST NATIONAL COLLECTION BUREAU, INC**. and Defendant **DOES I THROUGH V**.<br><br>                  Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**<br><br><br>Case No. 2:10cv00848 TS<br>Honorable Ted Stewart |

Defendant First National Collection Bureau, Inc. ("FNCB"), being a nongovernmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1, and states as follows:

FNCB is not a publicly held or traded corporation and is not a wholly owned subsidiary of any publicly held or traded corporation.

**DATED** this 3d day of August, 2011.

        **PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD
Attorneys for Defendant First National
Collection Bureau, Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT** was served on this 3d day of August, 2011, by electronic transmission via the Court's CM/EMF notification system on the following:

Ronald Ady
**RONALD ADY, PLLC**
8 East Broadway, Suite 725
Salt Lake City, Utah 84111
adyr@80law.com

/s/ David W. Scofield
DAVID W. SCOFIELD