RONALD ADY, PLLC (USB 3694)
8 E. Broadway, Ste. 725
Salt Lake City, UT 84111
(801) 530-3122
(801) 746-3501 fax

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| JASON BOYD,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC. and Defendant Does I through V.<br><br>　　　　Defendants. | **STATUS REPORT**<br><br>Case No. 2:10-cv-00848-TS<br><br>**Judge** Ted Stewart<br><br>**Magistrate Judge** |

　　　　Plaintiff Jason Boyd reports on the status of the within action as follows:

　　　　1.　　On September 28, 2011 the Defendant filed a motion for judgment on the pleadings in the within action.

　　　　2.　　In the course of conferring with Defendant's counsel pursuant to *Fed. R. Civ. P.* 26(f) Plaintiff's counsel supplied Defendant's counsel with additional information regarding the Plaintiff's claims, including some 60 pages of documents provided to the Plaintiff by the Defendant during its debt collection efforts against the Plaintiff.

　　　　3.　　In an email dated September 29, 2011 Defendant's counsel responded by advising that as a result of that information Defendant had "determined that we in fact must withdraw our motion for judgment on the pleadings filed yesterday as well as amend what appear to be several incorrect allegations in our current answer."

4. By email dated October 5, 2011 Plaintiff's counsel advised that he also intended to amend his complaint. The parties then agreed that Plaintiff should provide his proposed amendments before Defendant made its further proposed amendments.

5. The parties also agreed that Plaintiff's counsel, because of an intervening jury trial, could get back to Defendant's counsel with his proposed amendments after the week of October 17, 2011. Plaintiff's counsel anticipates having a proposed amended complaint before Defendant's counsel this week.

DATED this 24th day of October, 2011.

_____/S/_____
RONALD ADY
Attorney for the Plaintiff Jason Boyd

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2011 a true copy of the foregoing document was served by ECF/ECM on:

| | |
|---|---|
| James R. Bedell<br>Attorney at Law<br>Moss & Barnett<br>4800 Wells Fargo Center<br>90th South Seventh Street<br>Minneapolis, MN 55402<br>(612) 877-5310<br>(612) 877-5012<br>Email: BedellJ@moss-barnett.com | David W. Scofield<br>Peters Scofield<br>A Professional Corporation<br>Suite 115 Parleys Corporate Center<br>2455 East Parleys Way<br>Salt Lake City, Utah 84109<br>dws@psplawyers.com |

                                          /S/
                                 RONALD ADY