# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| JASON BOYD, | ) | Case No.: 2:10-cv-00848-TS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL COLLECTION | ) | |
| BUREAU, INC. and Defendant Does I | ) | |
| through V, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulated Joint Motion for Order of Dismissal With Prejudice, being fully advised in the premises, and good cause appearing,

**IT IS HEREBY ORDERED** that this action, in its entirety, be, and the same hereby is, **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees, costs and expenses.

**DONE** this 27th day of January, 2012.

BY THE COURT:

_____
HONORABLE TED STEWART
United States District Chief Judge

1828939v1